Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

Attorney for Plaintiff: *Dr. Elliot McGucken*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC COAST ADVERTISING; TRACY BRACKEN, an individual; and DOES 1–10, inclusive.<br><br>Defendant(s) | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR A JURY TRIAL** |

COMES NOW Dr. Elliot McGucken ("Plaintiff"), hereby alleging as follows:

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, *17 U.S.C. §101 et seq.*

2.      This Court has subject matter jurisdiction over Plaintiff's claims for

1

COMPLAINT

copyright infringement pursuant to *28 U.S.C. §1331* (federal question) and *28 U.S.C.§ 1338* (jurisdiction over copyright actions).

3.     This Court has personal jurisdiction over Defendant because Defendant purposefully directed its infringing conduct toward California by publicly displaying and distributing Plaintiff's copyrighted work on its internet website and related online platforms, which are intentionally accessible to users nationwide including in California. Plaintiff is domiciled in Malibu, California, within this District, and the resulting harm and loss of licensing value were suffered here.

4.     Defendant operates a public-facing website accessible in this jurisdiction.

5.     Venue in this judicial district is proper under *28 U.S.C. §1391 et seq.* and in that this is the judicial district in which a substantial part of the acts and/or omissions giving rise to the claims are believed to have occurred and where personal jurisdiction otherwise exists as Defendant's activities injured Plaintiff in this jurisdiction.

## **PARTIES**

6.     Plaintiff Dr. Elliot McGucken ("McGucken" or "Plaintiff") is a professional photographer and author residing in Los Angeles, California.  He does not sell his images on stock art websites but rather, maintains a fine art photography brand.  He has sold his fine art for thousands of dollars and his work has appeared on the cover of Nikon magazine and in other photo-focused publications.

7.     Plaintiff routinely provides artwork to U.C.L.A. medical center. He also

sells photography books which can be found on Amazon.com. His art and entrepreneurship course has been reported in the New York Times.

8.    Plaintiff Dr. Elliot McGucken ("McGucken") is an internationally recognized fine art photographer whose work has earned hundreds of awards, accolades, and professional distinctions. His fine art landscape photography has been featured in leading publications and celebrated by prestigious organizations worldwide. The following represent only a few of his many notable awards and recognitions (true and correct copies attached as **Exhibits "A" through "G"**):

- Nature's Best National Parks Photography Awards - 2024 Pro Winner (**Exhibit "A"**).

- Arches National Park Panorama - Pro Winner Feature (**Exhibit "B"**).

- Smithsonian Magazine 2023 Feature - "This Physicist Uses Drones to Create Giant Light Cones in the Desert" (**Exhibit "C"**).

- International Landscape Photographer of the Year - 2022 Certificate of Acceptance honoring his top-ranked fine art landscape image (**Exhibit "D"**).

- New York Post Feature - "Winter Moonrise Over Los Angeles", recognized in the international EPSON Pano Awards (**Exhibit "E"**).

- Nature's Best National Parks Competition - 2019 Winner (**Exhibit "F"**).

- EPSON International Pano Awards - 2022 Gold Award for "Dune: Rising Wind

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

Storm" (**Exhibit "G"**).

These accolades further establish Plaintiff's reputation as a highly accomplished fine art photographer whose works are never licensed as stock imagery and whose brand derives value from his unique artistic vision, technical mastery, and consistent international recognition.

9.     Defendant **PACIFIC COAST ADVERTISING** is a California-based advertising and marketing company with a principal place of business at 2516 Via Tejon, Suite 207, Palos Verdes Estates, California 90274. Defendant operates a commercial website located at www.pacificcoastadvertising.com, through which it publicly displayed and commercially exploited Plaintiff's copyrighted photograph without authorization.

10.     Defendant **TRACY BRACKEN** is, upon information and belief, the President and principal decision-maker of Pacific Coast Advertising, and at all relevant times was responsible for, authorized, ratified, and benefited from the infringing conduct alleged herein.

11.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and, on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused

by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants, and all fictitiously named Defendants.

12.     For purposes of this Complaint, unless otherwise indicated, "Defendants" includes all agents, independent contractors, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and, insurers of Defendants named in this caption.

13.     Defendants are alleged to be the agent and representative of the other, and have conspired to violate Plaintiff's rights and each are joint and severally liable for damages caused.

## **FACTUAL ALLEGATIONS**

14.     Plaintiff incorporates the allegations above as if alleged herein.

15.     Plaintiff is a fine art photographer and author and has a Ph.D. in physics. He does not sell his photographs via any "*stock images*" websites (like Getty or IstockPhoto) and instead is in the business of building a fine art brand with exquisite photos that are subject to widespread infringement requiring an ongoing enforcement efforts.  He has the sole right to determine where and how is copyrighted works are used.

16.     Constant infringement becomes a time consuming and frustrating matter for Plaintiff, and his brand is further injured by unauthorized companies using his

photography in unknown and unauthorized manner.

17.    A simple review of Plaintiff's art makes clear this is a unique art brand, that is unfortunately, subject to widespread infringement cases, including by organizations and individuals who improperly download and repost his fine art landscape photographs on websites and social media.

18.    Much time and financial risk goes into each shoot including photography and equipment expense, travel costs, editing and other costs and Plaintiff bears these costs in building his brand.

19.    If people like Defendant misappropriate and infringe his works, this makes it all the more difficult to maintain control over his brand and his work gets plastered onto websites like Defendant's website without authorization and without Plaintiff being able to control who uses his works and how they use his work, and for how long.

20.    Many persons incorrectly believe they can simply download and use his images, and other images found on the internet, without authorization, for their own uses without paying for a proper license.  This is not the case and has led to willful copyright infringement in this matter.  Ignorance of the law is no defense.

21.    Defendants have not paid for any licenses and had no consent to use any of Plaintiff's photos on any of their websites, blogs, or social media platforms.

22.    There is no fair use applicable to Defendant's use of Plaintiff's copyrighted art.

COMPLAINT

23.    Plaintiff is the sole author and rights holder to the original photograph(s) that were *willfully infringed* by Defendants" (the "Image"), a true and correct copy of the United States Copyright Registration is attached hereto as **Exhibit "H"** registration number **VA0002235905**.

24.    Defendants have willfully and unlawfully copied and/or reproduced and/or publicly displayed and distributed Plaintiff's Image, without consent or improperly benefiting from Plaintiff's copyrighted Work(s) and in a manner that dilutes the value of his work.

25.    Plaintiff discovered the Image being used on Defendant's Website within the applicable statute of limitations and demanded that the photo/image be taken down (see **Exhibit "I"** for Defendant's infringing use of the photo on Defendant's website)

26.    On information and belief, the Defendants knew they did not have permission to use the Image on the Website, and willfully infringed Plaintiff's Image by consciously failing to obtain a proper license and in willful disregard of the rights of the photographer.

27.    Defendant further alleges that the infringement in this case is indeed willful and malicious as Defendants literally prove they understand copyright law by displaying a copyright notice on the bottom of their own website (See **Exhibit "J"**) and yet infringe Plaintiff's work in a manner to suggest to the public that Plaintiff's copyrighted image is actually their copyrighted image. Thus, defendant cannot claim innocent infringement.

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

### *[Against All Defendants]*

28.    Plaintiff incorporates by reference and re-alleges herein all of the above paragraphs of this Complaint and all Exhibits as though fully stated herein.

29.    Plaintiff is informed and believes and thereon alleges that the Defendants willfully violated the exclusive rights of Plaintiff original copyrighted work and infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicly displayed, and distributed the original and unique copyrighted Image of the Plaintiff without Plaintiff's consent or authority, by using it in the infringing manner on Defendant's website and related digital platforms while also creating the false impression that Defendant is the owner of the image.

30.    Defendants publicly displayed and distributed Plaintiff's copyrighted Work through their website and online platforms. The use was not transformative and was made without authorization, thereby infringing Plaintiff's exclusive rights under the Copyright Act.

31.    Plaintiff did not consent to, authorize, permit, or otherwise allow, in any manner, Defendant's said use of Plaintiff's unique and original Image including for any

reproduction, distribution, or public display on any of Defendant's websites, social media pages, or promotional platforms.

32.    Defendants willfully violated Plaintiff's exclusive rights to his Copyrights in regard to:

(a)    the exclusive right to **reproduce** its Works in Copies in violation of  *U.S.C. §106(1) and §501*

(b)    **distribute copies** of the Works to the public in violation of *17 U.S.C. §106(3) and §501*

(c)    **publicly displaying** the copyrighted *Works in violation of 17 U.S.C. §106(5) and §105* by showing individual images of the Works.

33.    Thus, they intentionally infringed and acted in complete disregard of Plaintiff's exclusive rights which, by law, Defendants are presumed to know and must comply with.

34.    Defendants committed infringements "*willfully*" within the meaning of *17 U.S.C. §504(c)2* and was fully aware of the obligations of copyright law as they have a copyright symbol on their own website indicating they have knowledge of the importance and the requirements of copyright law.  This infringement is not accidental or innocent in nature.

35.    As a result of Defendants' willful violations of *Title 17 of the U.S. Code*, Plaintiff is entitled to any actual damages pursuant to *17 U.S.C. §504(b)*, or statutory

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

damages in an amount from $30,000 up to $150,000.00 per infringement pursuant to *17 U.S.C §504(c)* and Plaintiff seeks no less than $30,000.

36.    As a result of the Defendants' violations of *Title 17 of the U.S. Code*, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to *17 U.S.C §505*. Plaintiff seeks these costs and reasonable attorney fees.

37.    Plaintiff is also entitled to, and seeks injunctive relief to prevent or restrain infringement of his copyright pursuant to *17 U.S.C. § 502* to prevent Defendant and/or their agents, representatives, successors, assigns, contractors and others from engaging in future acts of infringement of Plaintiff's valuable copyrighted works

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For an award of actual damages and disgorgement of all of Defendants profits attributable to the infringement as provided by *17 U.S.C. §504* in an amount to be proven at trial, or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendants in an amount no less than $30,000 up to $150,000.00 for each willful infringement pursuant to *17 U.S.C. §504(c),* whichever is larger;

- For an order pursuant to *17 U.S.C. §502(a)* enjoining Defendants from any further infringing use of any of Plaintiff's Image;

- For costs of litigation and reasonable attorney's fees against Defendants

pursuant to *17 U.S.C. §505*;

- For an award of pre- and post-judgment interest; and

- For any other relief the Court deems just and proper.

- Plaintiff hereby demands a jury trial.

Respectfully Submitted,

DATED: January 29, 2026          **THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

By:  /s/ Steven C. Vondran, Esq.
Steven C. Vondran, [SBN 232337]
ATTORNEY FOR PLAINTIFF
DR. ELLIOT MCGUCKEN
620 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail:  steve@vondranlegal.com

1

**EXHIBIT "A"**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18



19

20

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

21

22

23

24

25

26

27

# EXHIBIT "B"



COMPLAINT

1

# EXHIBIT "C"

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT

# EXHIBIT "D"











THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr.. Suite 1100
Newport Beach, California 92660

1

# EXHIBIT "E"

2

3



Open Built Environment category - Winter Moonrise over Los Angeles by Elliot McGucken from United States.
Elliot McGucken//EPSON Int Pano Awards/TNG

COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT "F"



THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# EXHIBIT "G"



The Law Offices of Steven C. Vondran, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# EXHIBIT "H"



1

2

# EXHIBIT "I"

3

4

5

6

7

8

9

10

11

12

13

14

15

16





17

18

19

20

21

22

23

24

25

26

27

COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660



1

# EXHIBIT "J"

2

3

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

22

COMPLAINT